**VAN–124** Order Continuing Hearing – Rev. 10/11/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Sharon Rich Medlin  
( debtor has no known aliases )  
210 Williams Road  
Wilmington, NC 28409

CASE NO.: 16–05766–5–SWH

DATE FILED: November 4, 2016

CHAPTER: 13

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE: Wednesday, December 11, 2019  
TIME: 10:00 AM  
PLACE: 1003 S. 17th Street, Room 118, Wilmington, NC 28401

Motion for Relief from Stay, Or In The Alternative Motion for Adequate Protection filed by Andrew Lawrence Vining on behalf of Regions Bank DBA Regions Mortgage

and to transact all other business as may properly come before the court.

The automatic stay shall remain in effect until the date of the hearing.

DATED: November 12, 2019

Stephani W. Humrickhouse  
United States Bankruptcy Judge